**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MING EN WANG,

                Plaintiff,

-against-

HAIYING REN, a/k/a Michael Chen
a/k/a Michael Ren,

                Defendant.
-------------------------------------------------------------X

19 CIVIL 5310 (JPO)

**JUDGMENT**

11/20/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 20, 2020, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        November 20, 2020

                                                      **RUBY J. KRAJICK**

                                                          Clerk of Court

                                    **BY:**

                                                          **Deputy Clerk**